## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Stephen W. Spence, Esquire
*Phillips, Goldman & Spence, P.A.*
1509 Highway One
Dewey Beach, DE 19971

_____
Mary E. Augustine (No. 4477)

617503v1

3